James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
         lissa.schaupp@hklaw.com

Attorneys for Defendant,
AMERICAN PRESIDENT LINES, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUND & FESTER GMBH & CO.KG a/s/o PHOENIX FOODS, S.A.,<br><br>Plaintiff,<br><br>-against-<br><br>MV MOL BRASILIA and MV INNOVATION, their engines, boilers, tackle, furniture, apparel, etc. *in rem*; and AMERICAN PRESIDENT LINES, LTD *in personam*,<br><br>Defendants. | 07 Civ. 8200 (JES)<br><br>**RULE 7.1 STATEMENT** |

    I, Lissa D. Schaupp, attorney of record for Defendant American President Lines, Ltd. having filed an initial pleading in the captioned action, state the following pursuant to Federal Rule of Civil Procedure 7.1:

    American President Lines, Ltd. is a wholly-owned subsidiary of APL Limited, which is a wholly-owned subsidiary of APL (Bermuda) Ltd. which is a wholly-owned subsidiary of Neptune Orient Lines, Ltd., which is publicly traded on the Singapore Stock Exchange.

2

Dated:      New York, New York
            October 18, 2007

                                HOLLAND & KNIGHT LLP

By: _____
     James H. Hohenstein
     Lissa D. Schaupp
     HOLLAND & KNIGHT LLP
     195 Broadway
     New York, New York 10007
     Telephone: 212-513-3200
     Telefax: 212-385-9010
     E-mail: jim.hohenstein@hklaw.com
             lissa.schaupp@hklaw.com

Attorneys for Defendant,
*American President Lines, Ltd.*

# 4846188_v1

2