James H. Hohenstein
Lissa D. Schaupp
HOLLAND & KNIGHT LLP
195 Broadway
New York, NY 10007-3189
Telephone: (212) 513-3200
Telefax: (212) 385-9010
Email: jim.hohenstein@hklaw.com
       lissa.schaupp@hklaw.com

Attorneys for Defendant,
AMERICAN PRESIDENT LINES, LTD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MUND & FESTER GMBH & CO.KG a/s/o PHOENIX FOODS, S.A.,<br><br>       Plaintiff,<br><br>-against-<br><br>MV MOL BRASILIA and MV INNOVATION, their engines, boilers, tackle, furniture, apparel, etc. *in rem*; and AMERICAN PRESIDENT LINES, LTD *in personam*,<br><br>       Defendants. | 07 Civ. 8200 (JES)<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THE COURT AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that James H. Hohenstein of Holland & Knight LLP hereby appears in this action as counsel for American President Lines, Ltd. All pleadings and correspondence should be served as follows:

       James H. Hohenstein
       Lissa D. Schaupp
       Holland & Knight LLP
       195 Broadway
       New York, NY 10007
       Attorneys for Defendant American President Lines, Ltd.

Dated: New York, New York
October 29, 2007

                            HOLLAND & KNIGHT LLP

                    By: _____
                            James H. Hohenstein
                            Lissa D. Schaupp
                  195 Broadway
                  New York, New York 10007
                  212-513-3200
                  212-385-9010 (telefax)

                  Attorneys for Defendant,
                  American President Lines, Ltd.

# 4875413_v1