10/24/07  11:11 FAX         JUDGE BERMAN                                    ☒003

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
MUND & FESTER c/s/o
PHOENIX       Plaintiff(s),              **Case Management Plan**
FOODS, S.A.
           -v-                            07 cv. 8200 (RMB)
MV MOL BRASILIA and
AMERICAN PRESIDENT LINES
              Defendant(s).  LTD, et al
----------------------------------------X

      The following Case Management Plan is entered after consultation with the parties. This Plan is also a Rule 16 and Rule 26(f) scheduling order as required by the Federal Rules of Civil Procedure.

(i)   Joinder of additional parties by __NOV. 30, 2007__

(ii)  Amend the pleadings by __NOV. 23, 2007__

(iii) All discovery to be expeditiously completed by __MARCH 14, 2008__ FACT + EXPERT

(iv) Consent to Proceed before Magistrate Judge __NO__

(v)  Status of settlement discussions __PENDING 3/18/08 @ 9:30__

Sections vi through xi will be set at conference with the Court.  with Principals

(vi)  Motions_____

(vii) Oral Argument_____

(viii) Joint Pre-Trial Order to be submitted by_____

(ix)  Final Pre-Trial Conference_____

(x)   Trial_____

(xi)  Other_____

SO ORDERED: New York, New York
                11/14/07

                                                              RMB
                                                Hon. Richard M. Berman, U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/14/07