Berman )

# MEMO ENDORSED

Gregory G. Barnett (GGB-3751)
CASEY & BARNETT, LLC
317 Madison Avenue, 21st Floor
New York, New York 10017
(212) 286-0225
Attorneys for Plaintiff

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MUND & FESTER GMBH & CO.KG a/s/o PHOENIX
FOODS, S.A.

                Plaintiff,

      - against -

MV MOL BRASILIA and MV MOL INNOVATION,
their engines, boilers, tackle, furniture, apparel, etc *in
rem*; and AMERICAN PRESIDENT LINES, LTD *in
personam*,

                Defendants.
----------------------------------------------------------X

2007 Civ. 8200 (RMB)

**STIPULATION AND ORDER
OF DISCONTINUANCE**

It is hereby stipulated and agreed, by and between the undersigned, attorneys for the parties herein, that the above captioned matter has and hereby is discontinued with prejudice and without costs to either party, subject to reopening within thirty days

of entry of this Order upon good cause shown (as determined by the court) in written application.

Dated: New York, New York
March 5, 2008
260-68

         Casey & Barnett, LLC
         Attorneys for Plaintiff

By: *[signature]*
         Gregory G. Barnett (GGB-3751)
         317 Madison Avenue, 21st Floor
         New York, NY 10017
         (212) 286-0225


         Holland & Knight, LLP
         Attorneys for Defendant

By: *[signature]*
         James H. Hohenstein
         195 Broadway
         New York, NY 10007
         (212) 513-3200


SO ORDERED:

*RMB*
_____
United States District Judge

3/11/08

*Richard M. Berman*